

RECEIVED

JUN 2 2 2022

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:22-cr-00029 |
| v. | **INDICTMENT** |
| CHASE DANIEL JAHNKE, <br> CAM CHRISTOPHER JAHNKE, <br> KELSI MARIE THURMAN, <br> COLBY RAY CLARKEN, and, <br> COLLIN JACOB CLARKEN, | T. 21, U.S.C. §§ 841(a)(1), (b)(1)(B) <br> T. 21, U.S.C. § 846 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Conspiracy to Distribute a Controlled Substance)

From a date unknown, but by at least as early as August of 2019, and continuing up and including May 18, 2022, in the Southern District of Iowa and elsewhere, the defendants, CHASE DANIEL JAHNKE, CAM CHRISTOPHER JAHNKE, KELSI MARIE THURMAN, COLBY RAY CLARKEN, and COLLIN JACOB CLARKEN, conspired with each other and with other persons known, and unknown, to the Grand Jury, to knowingly and intentionally distribute a controlled substance, namely 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, Schedule II controlled substances, resulting in, and reasonably foreseeable to all, the death of D.C. and D.A., in violation of Title 21,

United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846, 841(b)(1)(B).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By _____
Richard E. Rothrock
Assistant United States Attorney